**Gilbert ROMAN, Plaintiff–Appellant,**

v.

**NSA, Defendant–Appellee.**

**No. 09–0623–cv.**

United States Court of Appeals,
Second Circuit.

Dec. 3, 2009.

Gilbert Roman, Ozone Park, N.Y., pro se.

Duncan Levin, Benton J. Campbell, United States Attorney, Varuni Nelson, Robert B. Kambic, Assistant United States Attorneys for the Eastern District of New York, Central Islip, N.Y., for Appellee.

PRESENT: AMALYA L. KEARSE, ROBERT D. SACK and ROBERT A. KATZMANN, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Gilbert Roman, *pro se,* appeals from the district court's judgment granting summary judgment in favor of the National Security Agency in this proceeding brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2006). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.,* 321 F.3d 292, 300 (2d Cir.2003). We resolve all ambiguities and draw all inferences in favor of the nonmovant. *See Nationwide Life Ins. Co. v. Bankers Leasing Ass'n,* 182 F.3d 157, 160 (2d Cir.1999).

Having conducted an independent and *de novo* review of the record, we affirm for substantially the reasons stated by the district court in its thorough and well-reasoned order. We have considered all of Roman's arguments on appeal and find

them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED**. Furthermore, it is hereby **ORDERED** that Roman's pending motions to introduce new evidence or compel investigations are **DENIED**.